# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LARRY MONTGOMERY, JR., et al.,** | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:17-cv-00400-RDP |
| **WELLS FARGO BANK, N.A.,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

This case is before the court on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss. (Doc. # 20). For the reasons explained in the Memorandum Opinion entered with this Order, Defendant's Motion to Dismiss (Doc. # 20) is **GRANTED**. It is hereby **ORDERED** that all claims in Plaintiffs' Amended Complaint (Doc. # 18) are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). This action is **CLOSED**.

Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this November 6, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE